### Commonwealth v. Loney, Appellant.

Argued March 16, 1970. *Bernard L. Segal*, and *David Weinstein*, with them *Weinstein and Bobrin*, for appellant; *Benjamin H. Levintow*, Assistant District Attorney, with him *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed, and the defendant is directed to appear in the court below at such time as he may be there called, and that he be by that court committed until he has com-

plied with the sentence, or any part thereof which had not been performed at the time the appeal was made a supersedeas.